**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

Court Number: 97-72546

-VS-

Honorable: Patrick J. Duggan

Claim Number: 1997A13870

TONYA LEWIS,
SS# XXX-XX-3856
        Defendant
_____/

**ORDER RELEASING TAX GARNISHMENT**

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: May 21, 2008

                                      s/PATRICK J. DUGGAN
                                      U.S. DISTRICT COURT JUDGE